cc: KJM(Filor)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2021

at 16 o'clock and 45 min. A M
MICHELLE RYNNE, CLERK
LJ
IFP SUBM.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

---

JEFFREY P. GALERA
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

SEE ATTACH LIST
AND SUED DEFENDENT
LIST ARE 4 ENTITIES.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights** EXH. A, B, C
*(Non-Prisoner Complaint)*

CV21 00372 KJM - NONE

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEFFREY PAUL GALERA |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SOCIAL SECURITY ADMIN. |
| Job or Title (if known) | BACK PAY SSI CLAIM |
| Street Address | 970 MANAWAI STREET |
| City and County | KAPOLEI |
| State and Zip Code | HAWAII 96707-2031 |
| Telephone Number | (855) 572-4866 |
| E-mail Address (if known) | |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | HMSA |
| Job or Title | HMSA QUEST INTEGRATION |

2

(if known)
Street Address: P.O. Box 3520
City and County: Honolulu
State and Zip Code: Hawaii 96706-3572
Telephone Number: 808 548-6486
E-mail Address
(if known):

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name: Queen's West Oahu
Job or Title (if known): Hospital, Emergency Physician
Street Address: 91-2141 FT. Weaver Road
City and County: Ewa Beach
State and Zip Code: HI 96706
Telephone Number: 808 691-3000
E-mail Address
(if known):

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name: Queen's Medical Center
Job or Title (if known): Mental Health Treatment
Street Address: 1301 Punchbowl Street
City and County: Honolulu
State and Zip Code: Hawaii 96813
Telephone Number: 808 691-1000
E-mail Address (if known): www.queens.org

☑ Individual capacity    ☑ Official capacity

3

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CIVIL RIGHTS, PRIVACY RIGHTS, BENIFIT RIGHTS, MEDICAL TREATMENT RIGHTS, FRAUD, ATTEMPTED MURDER

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

DISCRIMINATION AND CIVIL AND CRIMINAL CONSPIRACY SSA ADMINISTRATION LAW JUDGE, FBI, PROBATION OFFICER, SOCIAL SECURITY, APPEALS COUNSEL

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I LIKE TO EXPLAIN MY CASE WITH THE 5 U.S. JUDGE'S AND U.S. ATTORNEY AND STATE PROSECTING ATTORNEY.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

MEDICAL RECORDS, FRAUD, ATTEMPTED MURDER WITH MEDICATION SHOT & PILLS, VIOLATION OF PRIVACY RIGHTS QUEEN'S WEST AND MENTAL TREATMENT

B. What date and approximate time did the events giving rise to your claim(s) occur?

2011 I WAS DIAGNOSE WITH PARKINSON'S DISEASE 2011 TO 2013 AND 2017 TO PRESENT.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I NEED HELP WITH MY CASE AND I WANT TO TALK TO THE U.S. ATTORNEY AND THE 5 FEDERAL LAW JUDGES.

I WORK IN THE FEDERAL BUILDING COURT HOUSE IN 2015 TO 2016 FOR GOODWILL. THE I RESIGN AND 60% DISABLE. THIS IS THE 3RD TIME IVE BEEN IN A CONSPIRACY. ONCE WITH SERVCO PACIFIC & 2 TIMES WITH DR. YUEN, QUEENS MENTAL HEALTH AND AMSA.

THIS ALL STARTED IN 2011 WHEN I WAS DIAGNOSE WITH PARKINSON'S DISEASE. LIFE EXPECTANCY AFTER DIAGNOSIS 20 YEARS

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

TREAT WITH SHOT & PILL OF INVEGA SUSTENNA AND 9 MG INVEGA (PLEANEJON) FOR SCHIZFRENIA. I AM NOT SCHITOFRENIC. DAMAGE BLOOD PRESSURE FOR 4 YEAR. FALSE DIAGNOSIS OF PARKINSONS AND NO MEDS GIVE TO TREAT AD MAINTAIN PARKINSO DISEASE. PRESCRIBE HIGH DOSE OF QMOISINE TO CAUS HARD ATTACK. INJURY TO ME AND WHEN DISCHARGE I WAS TRESPASS ON FCH UP.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

QUEEN'S MENTAL HEALTH. PUNITIVE DAMAGES ? CLOSURE QUEEN'S WEST - PUNITIVE DAMAGES PUT DR QUEEN IN AND IF THE JUDGES DECIDE FORFEITURE AIR LICENSE, SOCIAL SECURITY SSI BENIFITS MEDICARE FOR ME AND MY DAUGTER SHANNA WHO IS DISABLE AND COVERAGE OF MEDICAL FOR LIFE. HMSA PUNITIVE DAMAGE OR A DISCLOSE AMOUNT. AND A RETALIATION CONDITION AND PROMISE.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 30, 2021.

Signature of Plaintiff _Jeffrey P. Galera_

Printed Name of Plaintiff _JEFFREY P. GALERA_

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____